# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-03068 MMM (VBKx) | Date | June 20, 2008 |

| | |
|---|---|
| Title | *Jurisearch Holdings, LLC v. Lawriter, et al.* |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |
| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   Order to Show Cause Why Action Should Not Be Dismissed For Lack Of Subject Matter Jurisdiction

   On April 10, 2008, plaintiff Jurisearch Holdings, LLC, filed a complaint in the United States District Court for the Central District of California. Plaintiff asserted the court had jurisdiction pursuant diversity of citizenship, 28 U.S.C. § 1332.

   District courts have original jurisdiction of civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states. 28 U.S.C. § 1332(a). In any case where subject matter jurisdiction is premised on diversity, there must be complete diversity, meaning all plaintiffs must have citizenship different than all defendants. *Strawbridge v. Curtiss*, 7 U.S. 267 (1806); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 67–68 & n.3 (1996). For diversity purposes, a partnership is treated as a citizen of each state in which any partner or member resides. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990); *Rockwell Int'l Credit Corp. v. United States Aircraft Ins. Group*, 823 F.2d 302, 304 (9th Cir. 1987). In terms of a Limited Liability Company (LLC), citizenship is determined in the same manner as that of a partnership; a LLC is a citizen of each state in which one of its members is a citizen. *See Cosgrove v. Bartlotta*, 150 F.3d 729, 731 (7th Cir. 1998); *TPS Utilicom Services, Inc. v. AT&T Corp.*, 223 F.Supp.2d 1089, 1101 (C.D. Cal. 2002).

   Plaintiff Jurisearch alleges it is a LLC organized under the laws of the State of Delaware, with its

principal place of business in Los Angeles, California.[1] The complaint does not allege the *citizenship* of any of the individual members of the plaintiff's LLC. Moreover, plaintiff brings this action against defendant Lawriter, an LLC organized under the laws of the State of Ohio, with its headquarters located in Cincinnati, Ohio. The complaint fails to allege the citizenship of any of the individual members of the defendant's LLC. As a result, the court is unable to determine whether there is complete diversity of citizenship between all plaintiffs and all defendants.

Consequently, the court orders plaintiffs to show cause, on or before **June 26, 2008,** as to why the court should not dismiss the case for lack of subject matter jurisdiction.

---

[1]Complaint, ¶ 1.