**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7600
FACSIMILE 213-624-1376

Peter J. Diedrich (State Bar No. 101649)
p.diedrich@mpglaw.com
Jennifer C. Kalvestran (State Bar No. 242157)
j.kalvestran@mpglaw.com

Attorneys for Defendants LAWRITER, LLC and COLLEXIS HOLDINGS, INC.

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURISEARCH HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRITER, LLC; COLLEXIS HOLDINGS, INC.; and DOES 1-100, <br><br> Defendants. | CASE No. CV08-03068 MMM VBKx <br><br> Honorable Margaret M. Morrow <br><br> **STIPULATION OF DISMISSAL** |

It is stipulated by and between the parties to this action, through their designated counsel, that the above-captioned action be and is hereby is dismissed

638558.1

without prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1) and (c). Each party shall bear its own fees and costs.

DATED: May 4, 2009

MUSICK, PEELER & GARRETT LLP

By: _____
Peter J. Diedrich
Attorneys for Defendants
Lawriter, LLC and Collexis Holdings, Inc.

DATED: May 4, 2009

DANIEL SHAPIRO

By: _____
Daniel M. Shapiro
Attorneys for Plaintiff
Jurisearch Holdings, LLC

IT IS SO ORDERED

Dated 05-14-09

_____
United States District Judge